# Exhibit A

ICANN | LOOKUP (/en)

English

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)

Frequently Asked Questions (FAQ) (/en/faq)

FYREFESTIVAL.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

For additional information on ICANN Accredited Registrars including website and contact information, please visit https://www.icann.org/en/accredited-registrars (https://www.icann.org/en/accredited-registrars).

If the registration data you are seeking is not provided in the lookup results, please use the Registration Data Request Service (RDRS) (https://rdrs.icann.org/) to submit a request for nonpublic registration data. RDRS is intended for use by requestors with a legitimate interest in accessing nonpublic registration data.

## Domain Information

**Name:** FYREFESTIVAL.COM

**Registry Domain ID:** 2151524911_DOMAIN_COM-VRSN

**Domain Status:**
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)

**Nameservers:**
NS1.DNSOWL.COM
NS2.DNSOWL.COM
NS3.DNSOWL.COM

## Dates

**Registry Expiration:** 2026-08-08 18:36:53 UTC

**Updated:** 2025-07-21 09:46:11 UTC

**Created:** 2017-08-08 18:36:53 UTC

## Contact Information

### Registrant:

**Handle:** *The RDAP server redacted the value*

**Name:** Spencer Liam

**Email:** liaspen1973@outlook.com

**Status:**

**Phone:** tel:+44.7752490160

**Mailing Address:** 13 Thorpe Way, Cambridge, East of England , CB5 8UJ

**ISO-3166 Code:** GB

### Administrative:

**Name:** Spencer Liam

**Email:** liaspen1973@outlook.com

**Status:**

**Phone:** tel:+44.7752490160

**Mailing Address:** 13 Thorpe Way, Cambridge, East of England , CB5 8UJ

**ISO-3166 Code:** GB

**Technical:**

**Name:** Spencer Liam

**Email:** liaspen1973@outlook.com

**Status:**

**Phone:** tel:+44.7752490160

**Mailing Address:** 13 Thorpe Way, Cambridge, East of England , CB5 8UJ

**ISO-3166 Code:** GB

## Registrar Information

**Name:** NameSilo, LLC

**IANA ID:** 1479

**URL:** https://www.namesilo.com (https://www.namesilo.com)

**Abuse contact email:** abuse@namesilo.com

**Abuse contact phone:** tel:+1.480.524.0066

## DNSSEC Information

**Delegation Signed:** Unsigned

## Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/FYREFESTIVAL.com (https://rdap.verisign.com/com/v1/domain/FYREFESTIVAL.com)

**Last updated from Registry RDAP DB:** 2025-09-26T16:42:13Z

**Registrar Server URL:** https://rdap.namesilo.com/domain/FYREFESTIVAL.COM (https://rdap.namesilo.com/domain/FYREFESTIVAL.COM)

**Last updated from Registrar RDAP DB:** 2025-09-26T16:42:13Z

## Notices and Remarks

**Notices:**

**Terms of Use**

By accessing and using this data, you agree to the Terms of Use available at https://www.namesilo.com/support/v2/articles/general-terms/rdap

https://www.namesilo.com/support/v2/articles/general-terms/rdap (https://www.namesilo.com/support/v2/articles/general-terms/rdap)

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp (https://icann.org/epp)

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://icann.org/wicf

https://icann.org/wicf (https://icann.org/wicf)

Youtube (https://www.youtube.com/icannnews)    Twitter (https://www.twitter.com/icann)    Linkedin (https://www.linkedin.com/company/icann)    Flickr (https://www.flickr.com/photos/icann)

Facebook (https://www.facebook.com/icannorg)    Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)    Community Wiki (https://community.icann.org/)

ICANN Blog (https://www.icann.org/news/blog)

WHO WE ARE    CONTACT US    ACCOUNTABILITY AND TRANSPARENCY    GOVERNANCE    HELP    DATA PROTECTION

© Internet Corporation for Assigned Names and Numbers. Privacy Policy (https://www.icann.org/privacy/policy) Terms of Service (https://www.icann.org/privacy/tos) Cookies Policy (https://www.icann.org/privacy/cookies)