# Exhibit B



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

```
SEPTEMBER 23, 2025
                                        PTAS

JASON SCHAEFFER                                    900967313
8 KINGS HIGHWAY WEST
SUITE B
HADDONFIELD, NJ 08033



               UNITED STATES PATENT AND TRADEMARK OFFICE
               NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT RECORDATION BRANCH
OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE COPY IS AVAILABLE AT THE
ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION
CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT
AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE
QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE ASSIGNMENT RECORDATION
BRANCH AT 571-272-3350. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT
AND TRADEMARK OFFICE, MAIL STOP: ASSIGNMENT RECORDATION BRANCH, P.O. BOX
1450, ALEXANDRIA, VA 22313.


RECORDATION DATE: 09/03/2025            REEL/FRAME: 8988/0979
                                        NUMBER OF PAGES: 2

BRIEF: ASSIGNS THE ENTIRE INTEREST

ASSIGNOR:
  FYRE HOLDINGS INC.                    DOC DATE: 07/23/2025
                                        CITIZENSHIP: DELAWARE
                                        ENTITY: CORPORATION

ASSIGNEE:
  LIMEWR FYRE OÜ                        CITIZENSHIP: ESTONIA
                                        ENTITY: LIMITED LIABILITY COMPANY
  KESKLINNA LINNAOSA
  F. J. WIEDEMANNI TN 6-5A
  TALLINN, ESTONIA 10126

SERIAL NUMBER: 87981042                 FILING DATE: 04/14/2018
REGISTRATION NUMBER: 5962393            REGISTRATION DATE: 01/14/2020
MARK: FYRE FESTIVAL
DRAWING TYPE: STANDARD CHARACTER MARK




ASSIGNMENT RECORDATION BRANCH
PUBLIC RECORDS DIVISION
```



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

```
SEPTEMBER 23, 2025
                                        PTAS

JASON SCHAEFFER                                      900967314
8 KINGS HIGHWAY WEST
SUITE B
HADDONFIELD, NJ 08033



              UNITED STATES PATENT AND TRADEMARK OFFICE
              NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT RECORDATION BRANCH
OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE COPY IS AVAILABLE AT THE
ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION
CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT
AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE
QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE ASSIGNMENT RECORDATION
BRANCH AT 571-272-3350. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT
AND TRADEMARK OFFICE, MAIL STOP: ASSIGNMENT RECORDATION BRANCH, P.O. BOX
1450, ALEXANDRIA, VA 22313.


RECORDATION DATE: 09/03/2025            REEL/FRAME: 8988/0981
                                        NUMBER OF PAGES: 2

BRIEF: ASSIGNS THE ENTIRE INTEREST

ASSIGNOR:
    FYRE HOLDINGS INC.                  DOC DATE: 07/23/2025
                                        CITIZENSHIP: DELAWARE
                                        ENTITY: CORPORATION

ASSIGNEE:
    LIMEWR FYRE OÜ                      CITIZENSHIP: ESTONIA
                                        ENTITY: LIMITED LIABILITY COMPANY
    KESKLINNA LINNAOSA
    F. J. WIEDEMANNI TN 6-5A
    TALLINN, ESTONIA 10126

SERIAL NUMBER: 87877280                 FILING DATE: 04/14/2018
REGISTRATION NUMBER: 7322932            REGISTRATION DATE: 03/05/2024
MARK: FYRE FESTIVAL
DRAWING TYPE: STANDARD CHARACTER MARK




ASSIGNMENT RECORDATION BRANCH
PUBLIC RECORDS DIVISION
```