# Exhibit C

# United States of America

## United States Patent and Trademark Office

# FYRE FESTIVAL

**Reg. No. 5,962,393**

**Registered Jan. 14, 2020**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

XNO, LLC  (NORTH CAROLINA LIMITED LIABILITY COMPANY)
710 Independence Place, Unit 502
Raleigh, NORTH CAROLINA 27603

CLASS 41: Entertainment services in the nature of organizing and producing musical and art events and festivals for social entertainment purposes

FIRST USE 4-5-2019; IN COMMERCE 4-5-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "FESTIVAL"

SER. NO. 87-981,042, FILED 04-14-2018



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# FYRE FESTIVAL

**Reg. No. 7,322,932**

**Registered Mar. 05, 2024**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

XNO, LLC  (NORTH CAROLINA LIMITED LIABILITY COMPANY)
710 Independence Place, Unit 502
Raleigh, NORTH CAROLINA 27603

CLASS 25: Headwear; pants; shirts; shorts; swimwear; tank tops; baseball caps; golf shirts; hooded sweat shirts; long-sleeved shirts; polo shirts; sweat shirts; t-shirts

FIRST USE 2-17-2023; IN COMMERCE 2-20-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "FESTIVAL"

SER. NO. 87-877,280, FILED 04-14-2018

*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**

