IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LIMEWR FYRE OU
                        *Plaintiff,*
        v.

FYREFESTIVAL.COM, AN INTERNET
DOMAIN NAME
                        *Defendant.*

1:25-cv-1629-MSN-WEF

ORDER

This matter comes before the Court on the March 11, 2026, Report and Recommendation of Magistrate Judge William E. Fitzpatrick (ECF 16) regarding Plaintiffs' Motion for Default Judgment (ECF 12).

Based on a *de novo* review of the evidence in this case, having reviewed the Report and Recommendation, and having received no objections thereto, it appears to the Court that Judge Fitzpatrick's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, the Court AFFIRMS the findings of the Magistrate Judge, and it is hereby

ORDERED that Plaintiff's Motion for Default Judgment (ECF 12) is GRANTED; and it is further

ORDERED that default judgment is entered in favor of Plaintiff and against the Defendant Domain Name on Count I of the Complaint; and it is further

ORDERED that Count II of the Complaint is DISMISSED without prejudice; and it is further

ORDERED that VeriSign, Inc. shall change the registrar of record for the Defendant Domain Name to Plaintiff's domain name registrar of choice, GoDaddy.com, LLC; and it is further

ORDERED that GoDaddy.com, LLC shall take all necessary steps to update the registrant of the Defendant Domain Name as directed by Plaintiff; and it is further

ORDERED that this civil action is dismissed in all other respects.

**IT IS SO ORDERED.**

The Clerk of Court is directed to terminate this civil action and to forward a copy of this Order to counsel of record. Plaintiff is directed to forward a copy of this Order to the registrar and the registrant, Liam Spencer, at the e-mail address the registrant provided to the registrar.

/s/
Michael S. Nachmanoff
United States District Judge

March 31, 2026
Alexandria, Virginia

2